UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PETER SANTOS MURILLO, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | CASE NO. C22-0230JLR <br><br> ORDER |

Before the court is pro se Petitioner Santos Peter Murillo's "motion for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b)." (Mot. (Dkt. # 1).) Mr. Murillo asks the court for relief from the judgment of conviction in his criminal matter and requests a new trial or resentencing based on newly discovered evidence. (*Id.* at 1; *see United States v. Murillo*, No. CR16-0113JLR (W.D. Wash.).)

The court construed Mr. Murillo's Rule 60(b) motion as a second or successive 28 U.S.C. § 2255 motion and referred it to the Ninth Circuit Court of Appeals for certification pursuant to 28 U.S.C. § 2255(h). (*See* 3/8/22 Order (Dkt. # 4)); *see United*

ORDER - 1

*States v. Lopez*, 577 F.3d 1053, 1061 (9th Cir. 2009) (holding that absent certification by the Ninth Circuit, "the district court lacks jurisdiction to consider [a] second or successive application" for relief under § 2255). On May 20, 2022, the Ninth Circuit issued an order in which it (1) held that this court correctly construed Mr. Murillo's Rule 60(b) motion as a disguised § 2255 motion and (2) denied Mr. Murillo's request for authorization to file a second or successive § 2255 motion. (9th Cir. Order (Dkt. # 5).) As a result, this court lacks jurisdiction to consider Mr. Murillo's § 2255 motion, *see Lopez*, 577 F.3d at 1061, and DENIES the motion (Dkt. # 1) with prejudice.

Dated this 3rd day of June, 2022.

JAMES L. ROBART
United States District Judge